# DECISIONS PER CURIAM.

JANUARY 1 TO DECEMBER 31, 1920.

No. ——. SALDAÑA, APPELLEE, *v.* WAYMOUTH, APPELLANT. —Deposit. San Juan. January 12, 1920. *Appeal withdrawn.*

No. 2170. FORÉS, APPELLANT, *v.* BALZAC, APPELLEE.—Damages. Mayagüez. January 16, 1920. *Dismissed.*

No. 271. GUTIÉRREZ, PETITIONER, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan. January 16, 1920. *Denied.*

No. 21. MARTÍNEZ, PETITIONER, *v.* ACOSTA, DISTRICT ATTORNEY, ET AL., RESPONDENTS.—Prohibition. Aguadilla. January 16, 1920. *Denied.*

No. 1449. PEOPLE, APPELLEE, *v.* ORTIZ, APPELLANT.—Violation of Automobiles Act. San Juan. January 19, 1920. *Reversed.*

No. 272. GANDÍA, PETITIONER, *v.* ROSSY, DISTRICT JUDGE, RESPONDENT. — Certiorari. San Juan. January 20, 1920. *Withdrawn.*

No. 26. GANDÍA, APPELLANT, *v.* TRÍAS ET AL., RESPONDENTS. — Approval of Transcript. San Juan. January 20, 1920. *Withdrawn.*

No. 1475. PEOPLE, APPELLEE, *v.* PANIAGUA, APPELLANT.—

Assault and battery. San Juan. January 26, 1920. *Withdrawn*.

---

No. 1459. People, Appellee, *v.* Olmo, Appellant.—Assault and battery. Arecibo. January 26, 1920. *Affirmed*.

---

No. 1455. People, Appellee, *v.* Santiago, Appellant.—Breach of peace. Mayagüez. January 26, 1920. *Affirmed*.

---

No. 2172. González et al., Appellants, *v.* Quiñones et al., Appellees. — Contract, etc. Humacao. January 27, 1920. *Dismissed*.

---

No. ——. People, Appellee, *v.* Barado, Appellant.—Violation of section 260 of the Penal Code. San Juan. January 29, 1920. *Withdrawn*.

---

No. 1463. People, Appellee, *v.* Padilla, Appellant.—Public health. Mayagüez. January 29, 1920. *Affirmed*.

---

No. 274. Barceló, Petitioner, *v.* Cuevas Zequeira, District Judge, Respondent.—Certiorari. Humacao. January 30, 1920. *Denied*.

---

No. 1461. People, Appellee, *v.* Cruz, Appellant.—Public health. Mayagüez. February 3, 1920. *Affirmed*.

---

No. 1464. People, Appellee, *v.* Rodríguez et al., Appellants.—

No. 1465. People, Appellee, *v.* Rodríguez et al., Appellants.—

No. 1466. People, Appellee, *v.* Sandoval, Appellant.—